UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN NORTHRUP,

       Plaintiff,

v.                                            Case No:  6:17-cv-2025-Orl-37TBS

FLORIDA'S FINEST INSURANCE, INC.,

       Defendant,

## ORDER OF DISMISSAL

This cause is before the Court upon the filing of the Notice of Voluntary Dismissal by Stipulation (Doc. 21) filed March 12, 2018. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 13, 2018.



ROY B. DALTON JR.
United States District Judge

Copies:  Counsel of Record